UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Cano, et al. vs. Tyson Foods, Inc., et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 22-1550 for the following party(s): (please specify)

> Tyson Foods, Inc.; Tyson Fresh Meats, Inc.; John H. Tyson; Samuel Dean Banks; Noel W. White; Tom Brower; Elizabeth Croston; Stephen R. Stouffer; Brent R. McElroy; Ed McAtee; Scott Little; Dough White; Laurie Garcia; Amanda Brown

[✓] Appellant(s)  [ ] Petitioner(s)  [ ] Appellee(s)  [ ] Respondent(s)  [ ] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Andrea R. Butler    s/: Andrea R. Butler
Firm Name: Kirkland & Ellis, LLP
Business Address: 1301 Pennsylvania Avenue, NW
City/State/Zip: Washington, DC 20004
Telephone Number (Area Code): (202) 389-5000
Email Address: andrea.butler@kirkland.com

**CERTIFICATE OF SERVICE**

[✓] I hereby certify that on 3/23/2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: